GEORGE F. GROSS, an Infant, by JOHN F. GROSS, His Guardian ad Litem, Appellant, *v.* ERIE RAILROAD COMPANY, Respondent.

*Gross* v. *Erie R. R. Co.,* 177 App. Div. 901, appeal dismissed.
(Submitted October 5, 1917; decided October 16, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 21, 1917, which affirmed an order of Special Term denying a motion made by the plaintiff for an order substituting Emma Gross as guardian *ad litem* for the plaintiff and vacating and setting aside the judgment entered in the above action on the 31st day of October, 1907, on an offer and acceptance for $100, and vacating and setting aside the satisfaction thereof, filed January 16, 1908, and amending the complaint in said action, and substituting Edward J. McCrossin as attorney for the plaintiff in the place and stead of John F. Halstead upon the ground that the plaintiff has a meritorious cause of action against the defendant, that his rights were not properly protected and that the settlement was made by the guardian *ad litem* without authority.

*Thomas Downs* and *Edward J. McCrossin* for appellant.

*Philip A. Rorty* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND, McLAUGHLIN and ANDREWS, JJ.